Hanming Wang

6men101, Building 3, Xifuheyuan 4haoyuan, tongzhou district.

Beijing china 101125

Tel: + 86 13901200725

email: ctnbjw@126.com

# IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hanming Wang,<br><br>            Plaintiff,<br><br>v.<br><br>GoDaddy.com, LLC<br><br>14455 North Hayden Rd., Suite 219<br><br>Scottsdale, AZ 85260<br><br>            Defendant(s). | CASE NUMBER: CV-19-05295-PHX-SPL<br><br><br>**COMPLAINT** |

**Jurisdiction**

*Hanming Wang* (signature)

This court has jurisdiction over this matter pursuant to I am Chinese in China. My claim amount exceeds $75,000. §§ Breach of contract. Infringe on my property rights and intellectual property rights. The plaintiff is a resident of beijing, China and a citizen of the China. The defendant, is a resident of Scottsdale, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

I renewed multiple domain names on May 23, 2018. godaddy told me that the payment was successful and the domain renewal was successful. However, on October 22, 2018, I found that two domain names have expired and been deleted. They did not renew their fees successfully. In November, I found out that a domain name was expired and deleted. No renewals were successful, and a total of 3 domain names were lost. Later I registered to return a domain name and the other 2 were lost. I asked for an apology, compensation, and identification of the reasons. Godaddy told me: no apology, no compensation. Godaddy told me that the reason for having a .fr domain name is the deletion of the French registry settings. This is a naked lie!!! Godaddy pushed the responsibility to the French registry. They make up the reason and lie to deceive customers. When things happened, I told them that I was an anxiety patient. They

*Hanming Wang*

deliberately did not apologize for not paying for 11 months, causing serious mental damage to me. Long-term medication has permanent damage to the brain nerves.

## Demand

This is a breach of contract. Also infringe on my intellectual property and property rights.

I request an apology and compensation for the value of the domain name, mental damages, lost time, medical expenses, future income loss, and a disciplinary fine on godaddy.

**Damages: $10.55 million and 1,800 US dollars**

Compensation for 8 years domain renewal: $800

Domain Name Value Fee: $1 million

MURAILLE-DE-CHINE.FR registered on 2012-8-27 (registered back, but lost 6 years of age)

GRANDE-MURAILLE-DE-CHINE.FR registered on July 8,

2011LA-GRANDE-MURAGLIA-CINESE.IT registered on June 20, 2011

My two domain names are weight domain names, keyword domain names, self-contained traffic, and top rankings. They are domain names with commercial value, not randomly

*Hanming Wang*

fabricated domain names. They are the Great Wall of Italian and the Great Wall of French.

They are all natural vocabulary, and the domain name is easy to remember.

Mental injury compensation: $2 million

Their attitude is extremely harsh, with 11 months of mental torture. My reasonable appeal was rejected, no apology, no compensation, and I was so angry that I was faint.

Disciplinary fine: $5 million

This is a serious product safety incident. Godaddy has malicious, deliberate, lying behavior! Deceive customers!Deliberately delaying and disregarding it. Such obvious mistakes, they do not apologize, no compensation.

Lost work fee: $50,000

Medical expenses: $1,000 (I have a doctor's certificate and prescriber's record)

Contract liquidated damages: $100,000

Future income loss: $2.4 million

The Plaintiff wants a trial by jury.

*Hanming Wang*

Date: _SEP 26, 2019_   _Hanming Wang_

Signature of Pro Se Plaintiff

Hanming Wang

6men101, Building 3, Xifuheyuan

4haoyuan, tongzhou District,

beijing, China. 101125

Tel: +86 13901200725

email: ctnbjw@126.com