**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hanming Wang,<br><br>          Plaintiff,<br>vs.<br><br>GoDaddy.com LLC,<br><br>          Defendant. | No. CV-19-05295-PHX-SPL<br><br>**ORDER** |

      Plaintiff filed a complaint commencing this action on October 1, 2019 (Doc. 1). On December 25, 2019, Defendant filed a Motion to Dismiss (Doc. 11). In an Order dated October 28, 2019 (Doc. 15), the Court directed that Plaintiff Hanming Wang had until November 27, 2019 to file a response, and was warned that his failure "to respond to the Motion to Dismiss may in the discretion of the Court be deemed as consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i)." Plaintiff was subsequently given an extension until January 6, 2020 (Doc. 20). When Plaintiff failed to respond and the time to do so had passed, on February 13, 2020, the Motion to Dismiss was granted and the action was dismissed (Doc. 25). On March 3, 2020, this Court further denied (Doc. 27) Plaintiff's Motion to Alter or Amend Judgment (Doc. 26).

      On March 4, 2020, Plaintiff filed a Motion entitled "I Request to Proceed," in which he requests to file an amended complaint within one week (Doc. 28). The Court will thus construe it as a Motion to Amend. Because this case is closed, the underlying action has

been dismissed, and Petitioner has failed to identify any legitimate authority which permits such a filing, the motion will be denied. Plaintiff is advised that any future filings that are not authorized by the local and federal rules will likewise be denied. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Amend (Doc. 28) is **denied**.

Dated this 5th day of March, 2020.

Honorable Steven P. Logan
United States District Judge